## Commonwealth *v.* Autrey, Appellant.

Argued June 14, 1965. *David Kanner*, with him *Kanner, Stein and Feinberg*, for appellant; *Gordon Gelfond*, Assistant District Attorney, with him *Vincent C. Veldorale* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitz-*

*patrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.